UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Professional Clockery, Inc., et al.,
    Plaintiffs,

v.                                Case No. C-1-00-1019
                                      (Hogan, M. J.)

Li Qiusheng, et al.,
    Defendants.

## AMENDED CALENDAR ORDER

Pursuant to an informal discovery conference conducted this date in the above-referenced matter, the calendar as set in this case shall be amended as follows:

1. Deadline for Counsel to submit a settlement proposal: **October 13, 2003**

2. Settlement Conference set before this Court
   706 Potter Stewart, U.S. Courthouse: **October 20, 2003 at 9:00 am.**

3. Final pretrial conference and trial dates of September 15, 2003, and October 20, 2003 are hereby **VACATED** and new final pretrial and trial dates will be scheduled if settlement fails.

IT IS SO ORDERED.


Date   9/12/2003                                s/Timothy S. Hogan
bac    September 12, 2003                  Timothy S. Hogan
                                                United States Magistrate Judge