UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Professional Clockery, Inc., et al.,
    Plaintiffs,

v.                                          Case No. C-1-00-1019
                                                  (Hogan, M. J.)

Li Qiusheng, et al.,
    Defendants.

## NOTICE

Please take notice that the above-captioned case which had been set for a settlement conference on October 20, 2003, will be reset before the Honorable Timothy S. Hogan on:

      Friday, December 12, 2003, at 9:00 am
      706 Potter Stewart U.S. Courthouse

                              Timothy S. Hogan
                              United States Magistrate Judge


                              S/Barbara A. Crum
                              Barbara A. Crum
                              Courtroom Deputy

**cc:   All counsel**
bac    October 22, 2003