UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

03 DEC -1 PM 2:08

| | | |
|---|---|---|
| PROFESSIONAL CLOCKERY, INC., et al., | : | Civil Action No. C-1-00-1019 |
| | : | |
| | : | Judge Sandra S. Beckwith |
| PLAINTIFFS, | : | Magistrate Judge Timothy S. Hogan |
| vs. | : | |
| | : | MOTION TO ADMIT WILLIAM R. |
| LI QIUSHENG, et al., | : | OVEREND, ESQ. *PRO HAC VICE* |
| | : | |
| DEFENDANTS. | : | |

Pursuant to Southern District of Ohio Local Rule 83.4(d), defendants move the Court for an order permitting William R. Overend, Esq. of Reed Smith Crosby Heafey LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111, to appear and participate as co-counsel in this action.

The original Certificate of Good Standing from the State Bar of California for William R. Overend, Esq. is attached to this motion.

Plaintiffs have no objection to this motion.

DATED: December 1, 2003.

Respectfully submitted,

Jeffrey J. Harmon (0032848)
Cors & Bassett, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
(513) 852-8200
(513) 852-8222 fax

Trial Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Admit William R. Overend, Esq. *Pro Hac Vice* was served upon John B. Pinney, Esq., Graydon, Head & Ritchey, LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, OH 45202, by ordinary first class U.S. mail, postage pre-paid, this 1st day of December, 2003.

_____
Jeffrey J. Harmon

193725.1