Mon Dec  1 13:57:23 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 421054
Cashier       ah1

Tender Type  CHECK

Check Number: 82573

Transaction Type   C

Case No./Def No. 1:03-LB-ATTY  /   1

DO Code     Div No     Acct
4661          1        6855XX

Amount              $     50.00

CORS & BASSETT

PRO HAC-00-019/OVEREND


Mon Dec  1 13:57:23 2003

Check No. 82573
Amount $    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661