UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Professional Clockery, Inc.,
    Plaintiff,

v.                                      Case No. C-1-00-1019
                                          (Hogan, M.J.)

Li Qiusheng, et al.,
    Defendants.

**ORDER**

      This matter is before the Court on the Motion to Admit William R. Overend, Esq., Pro Hac Vice (Doc. 68). The Court hereby **GRANTS** Defendants' motion and admits William R. Overend, Esq., to appear and practice before this Court *pro hac vice*.

SO ORDERED.

  12/3/03                                       s/Timothy S. Hogan
Date                                           Timothy S. Hogan
                                              United States Magistrate Judge

**J:\SMITHLE\TSHORDER\Clockery.phv.wpd**