**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Professional Clockery, Inc., et al.,
    Plaintiffs,

    v.                                                  Case No. C-1-00-1019
                                                          (Hogan, M. J.)

Li Qiusheng, et al.,
    Defendants.

## CALENDAR ORDER

Pursuant to an informal status conference on December 4, 2003, this matter shall proceed in the following manner:

        1.  Settlement conference: January 27, 2004, at 9:30 am

        2.  Discovery deadline: March 31, 2004*

        3.  Joint final pretrial order: July 12, 2004

        4.  Final pretrial conference: July 15, 2004, at 9:30 am

        5.  Jury Instructions: August 9, 2004

        6.  Jury Trial: August 16, 2004, at 9:30 am

**IT IS SO ORDERED.**

**Date**   12/5/2003                             s/Timothy S. Hogan

bac    December 5, 2003                **Timothy S. Hogan
                                                   United States Magistrate Judge**

*Discovery shall be complete by this date.
J:\CRUMBA\FORMS\CALENDAR\2000\00-1019.wpd