UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| PROFESSIONAL CLOCKERY, INC., et al, : <br><br> Plaintiffs, : <br><br> vs. : <br><br> LI QIUSHENG, et al, : <br><br> Defendants. : | CASE NO. C-1-00-1019 <br> (Hogan, M.J.) |
|---|---|

## ORDER

Whereas the parties have agreed to participate in a settlement conference before the Court, and whereas the settlement conference has been twice postponed at defendants' request and is now scheduled for 9:30 a.m. on January 27, 2004, and whereas defendants' current counsel has informed the Court that he and his firm are being replaced as counsel by defendants, now therefore, it is hereby ordered as follows:

1. That plaintiffs Professional Clockery, Inc. and Robert Crowder, by and through counsel, and Mr. Crowder, personally, appear at the Court's chambers at such time and place to participate in a settlement conference; and

2. That defendants Li Qiusheng and Classical Clock Company hire counsel to appear on their behalf in this case not later than January 12, 2004, and that such counsel file a notice of appearance with this Court by such date; and

3. That defendants Li Qiusheng and Classical Clock Company, by an through counsel, and Mr. Li, appear telephonically at said settlement conference at 9:30 a.m. on January

27, 2004; and

    4.    That the Court will impose appropriate sanctions for failure to comply with this order, including dismissal of claims and/or entry of default.

Entered this 19th day of December 2003.

United States Magistrate Judge

364814.1