UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PROFESSIONAL CLOCKERY, INC. ) <br> and <br> ROBERT CROWDER, ) | Civil Action No. C-1-00-1019 |
| Plaintiffs, ) | Judge Sandra S. Beckwith <br> Magistrate Judge Timothy S. Hogan |
| ) | |
| vs. ) | **NOTICE OF APPEARANCE** |
| ) | |
| LI QIUSHENG, aka RICK LI ) <br> and <br> CLASSICAL CLOCK COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND RELATED COUNTERCLAIM ) | |

Please take notice that Roy Ching, Esq., Merit Law Group, P.C., 800 West El Camino Real, Suite 180, Mountain View, CA 94040, hereby enters his appearance on behalf of Defendants Li Qiusheng and Classical Clock Company in this action. Roy Ching previously served as counsel for defendants in this action and has been admitted *pro hac vice* by Order of the Court entered in this action on May 10, 2001.

Respectfully submitted,

s/Roy Ching by s/Jeffrey J. Harmon
per telephone authorization of 1/12/04
Roy Ching
MERIT LAW GROUP, P.C.
800 West El Caminio Real, Suite 180
Mountain View, CA 94040
(T) (650) 943-2442  (F) (650) 618-8662

Trial Attorney for Defendants Li Qiusheng and Classical Clock Company

234988.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon the following by ordinary first class U.S. mail, postage pre-paid, this 12th day of January, 2004:

John B. Pinney, Esq.
Graydon, Head & Ritchey, LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

William R. Overend, Esq.
Reed Smith
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Li Quisheng
265 Elvira Street
Livermore, CA 94550

Classical Clock Company
265 Elvira Street
Livermore, CA 94550

s/Jeffrey J. Harmon<br>
Jeffrey J. Harmon