UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PROFESSIONAL CLOCKERY, INC.** and **ROBERT CROWDER,** | ) ) ) | Civil Action No. C-1-00-1019 |
| Plaintiffs, | ) ) | Judge Sandra S. Beckwith Magistrate Judge Timothy S. Hogan |
| vs. | ) ) ) | **APPLICATION FOR SUBSTITUTION OF COUNSEL** |
| **LI QIUSHENG, aka RICK LI** and **CLASSICAL CLOCK COMPANY,** | ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIM | ) | |

Pursuant to S.D. Ohio Civ. R. 83.5(e), the undersigned counsel hereby apply for an order from the Court authorizing the substitution of Roy Ching, Esq., Merit Law Group, P.C., 800 West El Camino Real, Suite 180, Mountain View, CA 94040, as lead trial attorney for Defendants Li Qiusheng and Classical Clock Company in this action in place of William Overend, Esq., Morgan Tovey, Esq. and Christine Morgan, Esq., Reed Smith LLP (formerly known as Reed Smith Crosby Heafey LLP and Crosby, Heafey, Roach & May, P.C.), Two Embarcadero Center, Suite 2000, San Francisco, CA 94111, who hereby seek authorization from the Court to withdraw as lead trial attorneys for Defendants Li Qiusheng and Classical

1

Clock Company effective January 12, 2004, the date on which Roy Ching entered his most recent appearance in this action.

                          Respectfully submitted,

                          s/Roy Ching by s/Jeffrey J. Harmon
                          per telephone authorization of 1/14/04
                          Roy Ching
                          MERIT LAW GROUP, P.C.
                          800 West El Caminio Real, Suite 180
                          Mountain View, CA  94040
                          (650) 943-2442  / (F) (650) 618-8662
                          e-mail: rching@mlgpc.com

                          Trial Attorney for Defendants Li Qiusheng and Classical Clock Company


                          s/William R. Overend by s/Jeffrey J. Harmon
                          per telephone authorization of 1/14/04
                          William R. Overend
                          Morgan W. Tovey
                          Christine M. Morgan
                          REED SMITH LLP
                          Two Embarcadero Center, Suite 2000
                          San Francisco, CA  94111
                          (415) 659-5919 / (F) (415) 391-8269
                          e-mail: woverend@reedsmith.com

                          Withdrawing Trial Attorneys for Defendants Li Qiusheng and Classical Clock Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2004, I electronically filed the foregoing Application for Substitution of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

John B. Pinney, Esq.
Graydon, Head & Ritchey, LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

and I hereby certify that I have mailed by United States Postal Service the foregoing Application for Substitution of Counsel to the following non CM/ECF participants:

William R. Overend, Esq.
Morgan W. Tovey, Esq.
Christine M. Morgan, Esq.
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111

Roy Ching, Esq.
Merit Law Group, P.C.
800 West El Camino Real, Suite 180
Mountain View, CA  94040

Li Quisheng
265 Elvira Street
Livermore, CA  94550

Classical Clock Company
265 Elvira Street
Livermore, CA  94550

                                          s/Jeffrey J. Harmon
                                          Jeffrey J. Harmon (0032848)
                                          Cors & Bassett, LLC
                                          537 East Pete Rose Way, Suite 400
                                          Cincinnati, OH 45202
                                          T - (513) 852-8200
                                          F – (513) 852-8222
                                          e-mail: jjh@corsbassett.com

235093.1