UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PROFESSIONAL CLOCKERY, INC.,
et al.
    Plaintiffs,

vs.

LI QIUSHENG, et al.
    Defendants.

Civil Action No. C-1-00-1019

## ORDER GRANTING APPLICATION FOR SUBSTITUTION OF COUNSEL

Upon consideration of the application for substitution of Roy Ching, Esq., Merit Law Group, P.C., 800 West El Camino Real, Suite 180, Mountain View, CA 94040, as lead trial attorney for Defendants Li Qiusheng and Classical Clock Company in this action in place of William Overend, Esq., Morgan Tovey, Esq. and Christine Morgan, Esq., Reed Smith LLP (formerly known as Reed Smith Crosby Heafey LLP and Crosby, Heafey, Roach & May, P.C.), Two Embarcadero Center, Suite 2000, San Francisco, CA 94111, it is hereby ORDERED that the application is granted and that William Overend, Esq., Morgan Tovey, Esq. and Christine Morgan, Esq., Reed Smith LLP (formerly known as Reed Smith Crosby Heafey LLP and Crosby, Heafey, Roach & May, P.C.), Two Embarcadero Center, Suite 2000, San Francisco, CA 94111 are withdrawn as lead trial attorneys for Defendants Li Qiusheng and Classical Clock Company in this action effective January 12, 2004.

Entered this 27 day of January, 2004.

_____
Magistrate Judge Timothy S. Hogan