UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PROFESSIONAL CLOCKERY, INC., et al,** | : | CASE NO. C-1-00-1019 |
| | : | Magistrate Judge Hogan |
| Plaintiffs, | : | |
| | : | **STIPULATION OF DISMISSAL** |
| vs. | : | |
| | : | |
| **LI QIUSHENG, et al,** | : | |
| | : | |
| Defendants. | : | |

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., the parties, by counsel, hereby stipulate that this action, including all claims and counterclaims, be dismissed with prejudice and without costs in accordance with the terms of a settlement agreement entered into by the parties.

Respectively submitted,

s/Jeffery J. Harmon by J.B. Pinney per auth.
Jeffrey J. Harmon (0032848)
Trial Attorney for Defendants
CORS & BASSETT
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
(513) 852-8200

s/John B. Pinney
John B. Pinney (0018173)
Trial Attorney for Plaintiffs
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati OH 45202
(513) 629-2730